1    BARRY J. PORTMAN
     Federal Public Defender
2    MANUEL U. ARAUJO
     Assistant Federal Public Defender
3    160 West Santa Clara Street, Suite 575
     San Jose, CA  95113
4    Telephone:  (408) 291-7753

5    Counsel for Defendant PACHECO-LARIOS

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                            SAN JOSE DIVISION

10

11   UNITED STATES OF AMERICA,         )    No. CR 11-00284- LHK
                                       )
12              Plaintiff,             )    [PROPOSED] ORDER CONTINUING THE
                                       )    STATUS HEARING FROM AUGUST 3,
13   v.                                )    2011 TO AUGUST 31, 2011
                                       )
14   ROSAMVER PACHECO-LARIOS,          )
                                       )
15              Defendant.             )
                                       )
16   _____

17

18          Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

19   conference hearing in the above-captioned matter shall be continued from August 3, 2011 to

20   August 31, 2011, at 10:00 a.m.  It is further ordered that the period of delay from August 3, 2011,

21   to and including August 31, 2011, is excluded for purposes of Speedy Trial Act computations

22   pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

23   Dated: July  29, 2011

24                                      _____
                                        HONORABLE LUCY H. KOH,
25                                      United States District Judge

26